# Exhibit B



New Orleans
201 Saint Charles Avenue
Suite 2500
New Orleans, LA 70170
Telephone: (504) 688-2288

June 6, 2023

### CONFIDENTIAL:  FOR SETTLEMENT PURPOSES ONLY

**VIA US MAIL and EMAIL**
Susan Kay Sumrall
External Claim Resource -Eberl
State Farm Fire and Casualty Company
Phone: 844-458-4300, Ext: 9727441875
Fax: 1-844-236-3646
Email: statefarmfireclaims@statefarm.com

|        |                       |                                      |
|--------|-----------------------|--------------------------------------|
| RE:    | Insureds/Our Client:  | Shelby Brown                         |
|        | Claim No.:            | 18-24J4-22J                          |
|        | Policy No.            | 18ES21686                            |
|        | Nature of Loss:       | Hurricane Ida                        |
|        | Date of Loss:         | August 29, 2021                      |
|        | Property:             | 527 Locust Street, Raceland, LA 70394|

Ms. Sumrall:

Please note that this letter is intended for the purpose of negotiating a settlement.

As you know, on or about August 29, 2021, Mr. Shelby Brown ("Insured's") property, located at 527 Locust Street, Raceland, LA 70394, sustained exterior and interior damage, including damage to his personal property therein, as a result of Hurricane Ida. This event occurred during an effective period of insurance coverage that you, State Farm Fire and Casualty Company ("Carrier"), contractually entered with the Insured, thus giving rise to your liability. The Insured filed a claim with your company and was assigned claim number 18-24J4-22J.

The Insured retained our firm to aid him in pursuing his contractual rights to benefits owed under his policy. The Insured remains open to a fair and reasonable settlement of his claim to avoid additional delay, costs, and expenses. He hereby requests the same before pursuing further legal action.

**Settlement Demand**

To amicably resolve this claim without additional costs and expenses, we have been authorized to make the following settlement offer. The full remaining amount owed to the Insured under the Policy is as follows:

| | |
|---|---:|
| Coverage A | $157,443.89 |

| | |
|---|---:|
| *Less Prior Payment | ($114,302.84) |
| Coverage- Personal Property* | $7,305.56 |
| Coverage-ALE** | $4,325.00 |
| **Total** | **$54,521.61** |
| **Attorney Fee** | **$13,630.40** |

***Release the Recoverable Depreciation plus $1,500.00 (temporary storage)**
**\*\*Policy limits are requested for expenses insured will incur while repairs are taking place inside of his home. He will have to find nearby lodging and possibly storage (see contents above).**

The Insured will agree to a settlement of their primary claim for the total sum of **$54,521.05, plus attorney fees of $13,630.26. This offer will expire at 3:00 p.m. CST, Tuesday, June 20th, 2023**.

The Insured has directed me to pursue complete legal remedies if the deadline to accept this offer is not met and or this offer is rejected, including the pursuit of total contractual damages and all extra-contractual and/or bad faith damages, plus interest, attorneys' fees, and costs of suit.

Nothing in this letter is meant as a waiver of our client's rights. The Insured reserves all rights she may have under the insurance contract and applicable law, including, but not limited to, supplementing this claim should such cause arise.

Thank you for your time and consideration in this matter, and we look forward to hearing from you.

Respectfully,

**MERLIN LAW GROUP, P.A.**

*/s/ Harrece Gassery*
Harrece Gassery, Esq.
*\*electronically signed to avoid delay*

HCG/hg